

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00476-CV

| | | |
|---|---|---|
| BYRON BERRY, Appellant | § | On Appeal from County Court at Law |
| | § | of Cooke County (CV1801412) |
| V. | | |
| | § | January 13, 2022 |
| THE NEW GAINESVILLE LIVESTOCK AUCTION, LLC, Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed and rendered in part. We reverse that portion of the trial court's judgment awarding attorney's fees to Appellee The New Gainesville Livestock Auction, LLC and render judgment that the Auction take nothing on its attorney's-fee claim. We affirm the remainder of the trial court's judgment.

We order that each party bear their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr